AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| ELYSIAN HOLDINGS LLC, VISWANATHAN RAMESH, and RAMESH RAJAMANI,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>THANH HUNG HA, aka Ellis Ha, aka Andy Ha, aka Thanh Le, aka Tommy Thanh, aka Ellis Jones; HAVY T. NGUYEN, aka Dr. Havy Nguyen, aka Havy Thanh Dam, aka Havy Thanh Nguyen; (See Attachment #1)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:26-cv-01212-ADS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **THANH HUNG HA**, aka Ellis Ha, aka Andy Ha, aka Thanh Le, aka Tommy Thanh, aka Ellis Jones
16822 Clovergreen Lane
Huntington Beach, CA 92649

**HAVY T. NGUYEN**, aka Dr. Havy Nguyen, aka Havy Thanh Dam, aka Havy Thanh Nguyen
1222 Crestline Court
El Dorado Hills, CA 95762-7216
**(Other Defendants listed - See Attachment #2)**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHAFFIN LAW GROUP PC
Kevin D. Chaffin
2829 Townsgate Road Suite 100
Westlake Village, California 91361

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    05/19/2026    _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   8:26-cv-01212-ADS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                                          *Server's signature*


                                                 _____
                                                          *Printed name and title*



                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

*ATTACHMENT #1*

**CHAFFIN LAW GROUP PC**
Kevin D. Chaffin (SBN 193245)
kevin.c@chaffinlawgroup.com
2829 Townsgate Road Suite 100
Westlake Village, California 91361
805.650.8200 Telephone
805.427.8940 Facsimile

*Attorneys for Plaintiffs Elysian Holdings, LLC,*
*Viswanathan Ramesh, and Ramesh Rajamani*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELYSIAN HOLDINGS, LLC, VISWANATHAN RAMESH, and RAMESH RAJAMANI, <br><br> Plaintiffs, <br><br> v. <br><br> THANH HUNG HA, aka Ellis Ha, aka Andy Ha, aka Thanh Le, aka Tommy Thanh, aka Ellis Jones; HAVY T. NGUYEN, aka Dr. Havy Nguyen, aka Havy Thanh Dam, aka Havy Thanh Nguyen; THANH DINH LE, aka Tom Le, aka Tom Ha; HA VIET LAM, aka Lisa Ha, aka Lisa Le; AMIRARSHIA GHASEMI; VNHEALTH; THE MEDSPA HB; ASTERION CO LLC; TLLH COMPANY, LLC; PHO XINH, LLC; PAVILON FLORIDA CORP; ORIN MERCURY and DOES 1 through 25, inclusive. <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR:** <br> (1) Violations of <u>18 U.S.C. § 1962(c)</u> (RICO) <br> (2) Violations of <u>18 U.S.C. § 1962(d)</u> (RICO Conspiracy) <br> (3) Fraud - Intentional Misrepresentation <br> (4) Fraud in the Inducement <br> (5) Constructive Fraud <br> (6) Negligent Misrepresentation <br> (7) Breach of Written Contract <br> (8) Breach of Oral Contract <br> (9) Breach of Bailment <br> (10) Breach of Fiduciary Duty <br> (11) Conversion <br> (12) Civil Extortion <br> (13) Claim and Delivery (Replevin) <br> (14) Unjust Enrichment <br> (15) Fraudulent Transfer <br> (16) <u>Cal. Bus. & Prof. Code § 17200</u> <br><br> **JURY TRIAL DEMANDED** |

1

**COMPLAINT – CIVIL RICO**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


ELYSIAN HOLDINGS, LLC et al. v. THANH HUNG HA et al.

# ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

| Defendant | Address(es) |
|---|---|
| THANH HUNG HA, aka Ellis Ha, aka Andy Ha, aka Thanh Le, aka Tommy Thanh, aka Ellis Jones; | 16822 Clovergreen Lane Huntington Beach, CA 92649 |
| HAVY T. NGUYEN, aka Dr. Havy Nguyen, aka Havy Thanh Dam, aka Havy Thanh Nguyen; | 1222 Crestline Court, El Dorado Hills, CA 95762-7216<br><br>501 Main St., Ste. F #189, Huntington Beach, CA 92648 |
| THANH DINH LE, aka Tom Le, aka Tom Ha; | 7134 Hunters Creek Drive, Dayton (Centerville), OH 45459-3466 |
| HA VIET LAM, aka Lisa Ha, aka Lisa Le; | 7134 Hunters Creek Drive, Dayton (Centerville), OH 45459-3466<br><br>1341 Renslar Ave., Dayton, OH 45432-3466 |

AMIRARSHIA GHASEMI;

321 Sonoma Aisle, Irvine, CA 92618

VNHEALTH;

(California corporation #4857055)

Agent: Mac H. Nguyen, 17220 Newhope Street, Suite 222, Fountain Valley, CA 92708

THE MEDSPA HB;

(California corporation #6073978)

Agent: Mac H. Nguyen, 17220 Newhope Street, Suite 222, Fountain Valley, CA 92708

ASTERION CO LLC;

(Ohio LLC #4631902)

c/o Thanh Hung Ha

16822 Clovergreen Lane, Huntington Beach, CA 92649

TLLH COMPANY, LLC;

(Ohio LLC #4193852)

Agent: **Kevin A. Bowman, Esq.**, 130 West Second Street, Suite 900, Dayton, OH 45402

PHO XINH, LLC;

(Ohio LLC #4544583)

Agent: **Kevin A. Bowman, Esq.**, 130 West Second Street, Suite 900, Dayton, OH 45402

PAVILON FLORIDA CORP;

Agent: Thanh Dinh Le

6845 Arlington Expressway

Jacksonville, FL 32211-5944

ORIN MERCURY;

(California corporation #6368327)

Agent: Mac H. Nguyen, 17220 Newhope Street, Suite 222, Fountain Valley, CA 92708