UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-01212 ADS Date: November 2, 2026

Title: *Elysian Holdings LLC, et al v. Thanh Hung Ha, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On March 14, 2026, Plaintiffs filed a Complaint. (Dkt No. 1.) Defendants VNHEALTH, The MedSpa HB, Orin Mercury, Thanh Hung Ha, and Asterion Co LLC deadline to file a responsive pleading to the Complaint was September 11, 2026. Defendant Amirarshia Ghasemi's deadline to file a responsive pleading to the Complaint was July 14, 2026. To date, no responsive pleading has been filed from these Defendants and Plaintiffs have not requested entry of default as to these Defendants.

Plaintiffs are **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiffs must file a written response no later than **November 9, 2026.**

Among other appropriate responses, Plaintiffs may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiffs are expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-01212 ADS Date: November 2, 2026

Title: *Elysian Holdings LLC, et al v. Thanh Hung Ha, et al.*